# Order

Michigan Supreme Court
Lansing, Michigan

January 10, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

154773(80)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

IHAB MASALMANI,
        Defendant-Appellant.
_____/

SC: 154773
COA: 325662
Macomb CC: 2009-005244-FC

On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to extend the time for filing a brief amicus curiae and to waive the filing fee are GRANTED. The amicus brief will be accepted for filing if submitted on or before January 27, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2020



Clerk